JAMES A. JONES
TURNBULL & BORN, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA 98402
Tel.(253) 383-7058
Fax (253) 572-7220

The Honorable Judge Brian D. Lynch
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE:

JOHN JOSEPH JAMES,

          Debtors.

JOHN JOSEPH JAMES

          Plaintiff,

v.

AMERICAN EDUCATION SERVICES;
NATIONAL COLLEGIATE TRUST; and
NAVIENT SOLUTIONS, LLC

          Defendants.

Case No. 15-42647-BDL
Adversary Case No.

**COMPLAINT TO DETERMINE DISCHARGABILITY OF STUDENT LOANS**

**PARTIES**

1. The Plaintiff is a single man and resides in Pierce County, WA.

2. Defendant American Education Services is a corporation which administers student loans.

3. Defendant National Collegiate Trust is a corporation which administers student loans.

COMPLAINT- 1

Law Offices of
**TURNBULL & BORN**, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma WA 98402
(253) 383-7058; FAX (253) 572-7220

Case 17-04031-BDL    Doc 1    Filed 04/13/17    Ent. 04/13/17 14:24:57    Pg. 1 of 3

4. Defendant Navient Solutions, LLC is a limited liability company which administers student loans.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 USC §157(b)(2)(I). This matter is a core proceeding.

4. This Court has venue of this matter pursuant to 28 USC §1409(a).

## FACTUAL ALLEGATIONS

5. The underlying Chapter 7 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on June 1, 2015.

6. Defendants are pre-petition unsecured creditors.

7. Plaintiff co-signed on student loans for his sister to finance her education. None of the loans in question were used to fund Plaintiff's education.

8. These various loans were made under a program funded by a governmental unit as well as private lenders.

9. Plaintiff is unable to make payments on these loans because his income is not adequate for his support and pay the loans at the same time.

10. To require the Plaintiff to pay these loans would constitute an undue hardship on the Plaintiff.

11. The Plaintiff is not able to pay the student loans and maintain a minimal standard of living for himself.

12. Because Plaintiff was merely a co-signer on these loans, Plaintiff did not benefit from an education due to these student loans.

COMPLAINT- 2

Law Offices of
**TURNBULL & BORN**, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma WA 98402
(253) 365-7058; FAX (253) 922-2203

Case 17-04031-BDL    Doc 1    Filed 04/13/17    Ent. 04/13/17 14:24:57    Pg. 2 of 3

**WHEREFORE,** the Plaintiffs respectfully pray of the Court as follows:

1. Discharge the Plaintiff's various student loans.

2. Grant such other and further relief as the Court deems just and equitable.

DATED:__April 13, 2017_____

TURNBULL & BORN, P.L.L.C.
ATTORNEYS FOR DEBTOR

By: /*s/James A. Jones*
   James A. Jones, WSBA 33115

COMPLAINT- 3

Law Offices of
**TURNBULL & BORN**, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma WA 98402
(253) 365-7058; FAX (253) 922-2203

Case 17-04031-BDL    Doc 1    Filed 04/13/17    Ent. 04/13/17 14:24:57    Pg. 3 of 3